## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

TO:                                                                    August 11, 2021

MORLOCK-NOREN LLC
1114 COBBLESTONE CT.
WILLIAMSTON, MI 48895-0000

IN RE:                                                  CASE NO:      GL-18-01215

MEAGEN G COON                                           CHAPTER 13
3325 GLENBROOK DR                     SOCIAL SECURITY NO:   XXX-XX-1087
LANSING, MI 48911

### ORDER TERMINATING PAYROLL ORDER

    An order to pay Trustee was previously issued on the above referenced case to the entity from whom the debtor receives income.  The chapter 13 case for the above named Debtor has been completed and the Trustee is no longer entitled to these funds.

    IT IS ORDERED that deductions previously ordered to be made from payments due to the Debtor  by the entity from which the Debtor received income cease immediately until further Order of the Court.

    IT IS FURTHER ORDERED that a copy of this Order be served upon the Debtor, attorney for the Debtor, the Chapter 13 Trustee and employer of the Debtor.

/s/ Barbara P. Foley
BARBARA P. FOLEY (P34558)
Chapter 13 Trustee

Copies to:

Debtor at above address

JEFFREY D MAPES PLC
29 PEARL ST NW STE 305
GRAND RAPIDS, MI 49503

### END OF ORDER

**IT IS SO ORDERED.**

**Dated August 12, 2021**



Michelle M. Wilson
Clerk of Court